## First Department, June, 1945.
### (June 1, 1945.)

The People of the State of New York ex rel. River House, Inc., Appellant, against William S. Miller et al., Constituting the Tax Commission of the City of New York, Respondents.

*Per Curiam.* Although Special Term reduced substantially the assessed valuations involved in these proceedings, giving due regard to all the evidence in the case, we find that further reductions in the building and total assessments are required.

Accordingly, we modify the order appealed from by fixing the assessed valuations for the years involved as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1940–41 | $625,000 | $2,375,000 | $3,000,000 |
| 1941–42 | 605,000 | 2,250,000 | 2,855,000 |
| 1942–43 | 585,000 | 2,220,000 | 2,805,000 |
| 1943–44 | 565,000 | 2,190,000 | 2,755,000 |

As so modified, the order so far as appealed from should be affirmed, with $20 costs and disbursements to the relator-appellant.

Townley, Dore, Cohn and Callahan, JJ., concur; Martin, P. J., dissents and votes to affirm.

Order, so far as appealed from modified in accordance with opinion, and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. Settle order on notice.

Vincent Conca, an Infant, by Guiseppina Conca, His Guardian ad Litem, Respondent, *v.* Cushman's Sons, Inc., Appellant.

*Per Curiam.* The defendant should have been permitted to establish instructions to its truck driver not to allow other persons to ride on the truck. For the exclusion of such evidence the judgment must be reversed and a new trial ordered (*Psota* v. *Long Island R. R. Co.,* 246 N. Y. 388; *Goldberg* v. *Borden's Condensed Milk Co.,* 227 N. Y. 345).

The judgment should be reversed and a new trial ordered, with costs to the appellant to abide the event.

Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ., concur.

Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event.